LAW OFFICES OF BILL LATOUR
ALEX PANUITCH [CSBN: 280413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANGEL N. JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Commissioner of Social Security, <br><br> Defendant. | No. CV 21-03656 RAO <br><br> [~~PROPOSED~~] ORDER AWARDING EAJA FEES |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED FIFTY-FOUR AND 05/100 ($2,554.05) subject to the terms of the stipulation.

DATE:  January 24, 2022       */s/ Rozella A. Oliver*
                                        HON. ROZELLA A. OLIVER,
                                        UNITED STATES MAGISTRATE JUDGE